JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINSALE INSURANCE COMPANY, an Arkansas corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSH D. MOORVITCH, an individual; YISHAI KOHEN, an individual; RACHEL KOHEN, an individual; and YKS CONSTRUCTION, INC., a California corporation,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-06750-RGK-MAA<br><br>Honorable R. Gary Klausner, Ctrm 850<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br><br><br>Complaint Filed: July 28, 2020 |

Having considered the stipulation of counsel and GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the within Action be dismissed in its entirety **with prejudice**, including all complaints and counterclaims, pursuant to Fed.R.Civ.P. 41. Each of the parties are to bear his / her / its own attorney's fees and costs.

DATED: August 2, 2021

*Gary Klausner*
_____
UNITED STATES DISTRICT JUDGE